DONNA BOILEAU, DONNA BOILEAU AS ADMINISTRATRIX OF THE ESTATE OF MAURICE BOILEAU, AND DONNA BOILEAU AS ADMINISTRATRIX AD PROSEQUENDUM OF THE ESTATE OF MAURICE BOILEAU, PLAINTIFF-RESPONDENT, v. LOUIS DE CECCO AND MARION DE CECCO, JOINTLY, SEVERALLY AND IN THE ALTER-NATIVE, DEFENDANTS-APPELLANTS.

Argued May 21, 1974—Decided June 10, 1974.

*Mr. Arthur Montano* argued the cause for appellants (*Messrs. Kisselman, Deighan, Montano & Summers,* attorneys; *Mr. Gary L. Jacobs* on the brief).

*Mr. Leonard W. Moss* argued the cause for respondent (*Messrs. Moss, Thatcher & Moss,* attorneys).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by the Appellate Division, 125 *N. J. Super.* 263.

*For affirmance*—Chief Justice HUGHES, and Justices JACOBS, HALL, MOUNTAIN, SULLIVAN, PASHMAN and CLIFFORD—7.

*For reversal*—None.